IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

SANDY NASH,

    Plaintiff,

v.      CIVIL ACTION NO. 2:10-cv-01031

PATRIOT COAL CORPORATION, et al.,

    Defendants.

---

CARL JENKINS,

    Plaintiff,

v.      CIVIL ACTION NO. 2:10-cv-01032

PATRIOT COAL CORPORATION, et al.,

    Defendants.

---

MORRIS HUDDLESTON,

    Plaintiff,

v.      CIVIL ACTION NO. 2:10-cv-01033

PATRIOT COAL CORPORATION, et al.,

    Defendants.

**MEMORANDUM OPINION & ORDER**

Pending before the court are the joint motions of plaintiffs Sandy Nash, Carl Jenkins and Morris Huddleston and defendants Patriot Coal Corporation and Catenary Coal Company, LLC to

join Civil Action No. 2:10-cv-1031 [Docket 7] with Civil Action No. 2:10-cv-1032 [Docket 7] and Civil Action No. 2:10-cv-1033 [Docket 7], pursuant to *Fed. R. Civ. P. 20(a)*. Finding that the actions involve common questions of law and fact and arise out of the same transaction, occurrence, or series of transactions or occurrences, the court **ORDERS** the three civil actions consolidated for all purposes. The first filed action, Civil Action No. 2:10-cv-1031, shall be designated as the lead case. All further filings shall be captioned and docketed in that case.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                ENTER:      September 2, 2010

_____
Joseph R. Goodwin, Chief Judge